# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBRA CASE,** | : | Civil No. 3:16-CV-1782 |
| **Plaintiff,** | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **CAROLYN W. COLVIN,** | : | |
| **Acting Commissioner of Social Security,** | : | |
| **Defendant.** | : | |

## ORDER

Accordingly, for the reasons set forth in the accompanying Memorandum opinion, IT IS ORDERED that the Commissioner's decision denying the plaintiff's application for disability benefits is AFFIRMED, and the Clerk is directed enter judgment for the defendant and close this case.

So ordered this 7th day of August, 2017.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge